UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:12-cr-43-J-99TJC-MCR

JOSHUA JAY WILLIAMSON
_____

**UNITED STATES' NOTICE OF INTENT TO PUBLISH**
**VIDEO VICTIM IMPACT STATEMENT DURING SENTENCING HEARING**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court and defendant of its intent to publish a video recorded victim impact statement during the sentencing hearing in this case, and states as follows:

1. Defendant has pleaded guilty to making extortionate communications over the internet (Counts One and Two) and possession of child pornography (Count Three).  His sentencing hearing is set for November 28, 2012 at 2:00 p.m.

2. The victim identified in Count One, A. B., had planned to travel to Florida to be present at the sentencing hearing.  However, due to an insoluble business conflict, A. B. is unable to be present at the hearing.

3. On November 27, 2012, A. B. sent the United States by email a video recorded statement.  A. B. wishes to have this recording published in court at the sentencing hearing.  This recording is 9 minutes and 52 seconds in length.

      4.      It is the intent of the United States to request that the Court permit this video recording to be published during the sentencing hearing as part of this victim's allocution.  Counsel for defendant, Alan E. Rosner, Esq., has been afforded the opportunity to view this video recording prior to the sentencing hearing.

           Respectfully submitted,

           ROBERT E. O'NEILL
           United States Attorney

By:   */s/ D. Rodney Brown*
      D. RODNEY BROWN
      Assistant United States Attorney
      Florida Bar No. 0906689
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202-4270
      Telephone:  (904) 301-6300
      Facsimile:   (904) 301-6310
      E-mail:  rodney.brown@usdoj.gov

**U.S. v. JOSHUA JAY WILLIAMSON**        Case No. 3:12-cr-43-J-99TJC-MCR

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alan E. Rosner, Esq.

*/s/ D. Rodney Brown*
D. RODNEY BROWN
Assistant United States Attorney